UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. **21-1562**

Great Lakes Insurance SE v. Raiders Retreat Realty Co., LLC
(E.D. Pa. No. 2-19-cv-04466)

**ORDER**

Appellant seeks review of the District Court's orders entered February 22, 2021 and March 15, 2021. The orders appealed from do not dismiss all claims as to all parties and have not been certified under Fed. R. Civ. P. 54(b). It is noted that the District Court also denied Appellant's request for leave to file an interlocutory appeal. All parties must file written responses addressing this issue, with a certificate of service attached, within fourteen (14) days from the date of this order.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated: March 25, 2021
Cc: All counsel of record