# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

21-1562

Great Lakes Insurance SE v. Raiders Retreat Realty Co LLC

2-19-cv-04466

**O R D E R**

The mandate issued on September 21, 2022 is hereby recalled in light of the U.S. Supreme Court's decision vacating the judgment of this Court and remanding the matter for further proceedings.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Date: March 25, 2024

cc: Howard J. Bashman, Esq.
      Michael I. Goldman, Esq.
      Shawn M. Rodgers, Esq.
      Michael Yanoff, Esq.
      George R. Zacharkow, Esq.

**A True Copy:**

Patricia S. Dodszuweit, Clerk